IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| LEE WARD, JAMES SAUNDERS, and WILLIAM HOLLOWAY, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>AMERICAN AIRLINES, INC.,<br><br>    Defendant. | §§§§§§§§§§§§ | Civil Action No.  4:20-cv-00371-O |

## FINAL JUDGMENT AS TO NAMED PLAINTIFFS JAMES SAUNDERS AND WILLIAM HOLLOWAY

Pursuant to Federal Rule of Civil Procedure 54(b), and consistent with the Court's November 2, 2020 Order granting Defendant American Airlines, Inc.'s Motion to Compel Arbitration with respect to the claims asserted by Named Plaintiffs James Saunders and William Holloway (ECF No. 65),

The Court **ORDERS**, **ADJUDGES**, and **DECREES** that the claims of Named Plaintiffs James Saunders and William Holloway and are hereby **DISMISSED WITH PREJUDICE**.

The Court finds there is no just reason for delay in, and hereby directs, entry of final judgment as to the dismissal of said claims and dismissal of Named Plaintiffs James Saunders and William Holloway as parties to this lawsuit.

**Signed** this **9th day** of **November, 2020.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE