IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **LEE WARD, on behalf of himself and all others similarly situated,** | § § § | |
| **Plaintiff,** | § § | |
| v. | § | Civil Action No.  4:20-cv-00371-O |
| | § | |
| **AMERICAN AIRLINES, INC.,** | § § | |
| **Defendant.** | § § | |

## ORDER

Before the Court are Plaintiff's Motion for Class Certification (ECF No. 62), filed October 29, 2020; and Defendant American Airlines, Inc.'s Response in Opposition to Plaintiff's Motion for Class Certification (ECF No. 70), filed November 19, 2020. On December 3, 2020—the deadline for his reply brief—Plaintiff Lee Ward ("Ward") filed a Notice of Withdrawal of Motion for Class Certification in which he informs the Court "he is now withdrawing his previously filed Motion for Class Certification." Pl.'s Notice 1, ECF No. 72. In light of Plaintiff's Notice, the Court **DENIES AS MOOT** Plaintiff's Motion for Class Certification (ECF No. 62).

As the parties are aware, on November 2, 2020, the Court granted American's Motion to Compel Arbitration with respect to Named Plaintiffs James Saunders's and William Holloway's respective claims. The Court concluded that American Airlines, Inc. had "proved by a preponderance of the evidence that Saunders and Holloway agreed to arbitrate the breach-of-contract claims they are asserting in this lawsuit against American," ordered Saunders and Holloway to arbitrate their dispute, and dismissed their claims. *See* Order 19, ECF No. 65; Judgment (ECF No. 66). Following that order, the sole claim remaining was Ward's breach of contract claim on behalf of himself and similarly situated prospective class members.

This matter was initially filed as a putative class action against American Airlines, Inc. The Court's July 16, 2020 Scheduling Order (ECF No. 38), and the deadlines set forth therein, were tailored to the specific requirements of Federal Rule of Civil Procedure 23. Ward's withdrawal of his Motion for Class Certification and the Court's previous order compelling Saunders and Holloway to arbitrate their claims have altered the complexion of this case and significantly narrowed the dispute. In that vein, the Court **DIRECTS** the parties to file a Joint Status Report on or before **Friday, December 11, 2020**, addressing the impact of Ward's withdrawal of the motion, including, but not limited to, whether an earlier mediation deadline (currently April 29, 2021) and trial date (currently October 26, 2021) are feasible, and the prospects of settlement.

**SO ORDERED** on this **8th day** of **December, 2020.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE